IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TIMOTHY DELON THOMPSON**					**PLAINTIFF**

v.			Case No. 05-5033

**RANDALL DENZER, Jail Administrator;**
**and SHERIFF TIM HELDER**					**DEFENDANTS**

## O R D E R

Now on this 28th day of September, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #23), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

					/s/ Jimm Larry Hendren
					**JIMM LARRY HENDREN**
					**UNITED STATES DISTRICT JUDGE**